FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 17 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

ITERU MASUI, a/k/a Ether Masui,

Defendant.

CASE NO. MJ 14 - 17

(W.D. N.Y. NO. 14-MJ-502)

DETENTION ORDER

Offenses charged:

1 - Conspiracy to illegally export USML controlled items

2 - Unlawfully exporting merchandise or articles from U.S.

Date of Detention Hearing: January 17, 2014

The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is reportedly a Japanese national.

(2) The United States alleges that his presences in this country is illegal. There is an immigration detainer pending against him. The issue of detention in this case is therefore essentially moot.

(3) Defendant and his counsel offered nothing in opposition to the entry of an order of detention, without prejudice to defendant's opportunity to seek release when he arrives in the charging district, the Western District of New York.

///

///

///

///

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. This order is without prejudice to defendant's opportunity to seek release when he arrives in the charging district, the Western District of New York;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of January, 2004.

JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)